AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. **25mr655**
ONE USPS PRIORITY MAIL PARCEL )
BEARING USPS TRACKING NUMBER )
9405511206208890477231 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location)*:

One USPS Priority Mail Parcel Bearing USPS tracking number 9405511206208890477231 further described in Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Contraband, instrumentalities, fruits, and evidence of violation of Title 21, United States Code, Sections 841 and 846 further described in Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before _____ April 11, 2025 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ U.S. Magistrate Judge Kirtan Khalsa _____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ 05/10/2025 _____.

Date and time issued:   04/10/2025 11:01 am
                                                                    *Kirtan Khalsa*
                                                                    *Judge's signature*

City and state:   Albuquerque, New Mexico             Kirtan Khalsa, U.S. Magistrate Judge
                                                                   *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 25MR655 | Date and time warrant executed: 4/10/25 @ 12:38pm | Copy of warrant and inventory left with: USPS |
|---|---|---|

Inventory made in the presence of: McNULTY / BYFORD

Inventory of the property taken and name(s) of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/10/25

*K. McNulty*

*Executing officer's signature*

US POSTAL INSPECTOR, KELLY McNULTY

*Printed name and title*